MACK TRUCKS, INC. ET AL. *v.* MILLER

[No. 233, September Term, 1974.]

*Decided June 5, 1975.*

(See opinion 23 Md. App. 271 (1974).)

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH, DIGGES, LEVINE, ELDRIDGE and O'DONNELL, JJ.

*Howard W. Gilbert, Jr.*, with whom were *Mackley, Gilbert & France* on the brief, for appellants.

*W. Kennedy Boone, III*, with whom were *Wachs, Kreykenbohm & Boone* on the brief, for appellee.

SMITH, J., dissents.

PER CURIAM:

This Court, having granted a writ of certiorari and in accordance with Maryland Rule 811 b 3 having determined that no error of law appears in the decision, adopts the

opinion of Judge Lowe for the Court of Special Appeals in *Mack Trucks, Inc. v. Miller*, 23 Md. App. 271, 326 A. 2d 186 and affirms the judgment of the Court of Special Appeals.

*Judgment affirmed with costs.*